No. 896. BALTIMORE AND OHIO RAILROAD COMPANY *v.* CARY C. HINES, ADMINISTRATOR DE BONIS NON OF THE PERSONAL ESTATE OF WILLAM CRENNELL, JR., DECEASED. March 21, 1927. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of West Virginia, denied. *Mr. W. E. Haymond* for petitioner. *Mr. Carey C. Hines, pro se.*

No. 897. WILLIAM E. GUY *v.* HONORABLE JAKE FISHER, JUDGE OF THE CIRCUIT COURT OF BRAXTON COUNTY, CARY C. HINES, ADMINISTRATOR DE BONIS NON, ETC., ET AL. March 21, 1927. Petition for a writ of certiorari to the Supreme Court of Appeals of the State of West Virginia denied. *Mr. W. E. Haymond* for petitioner. *Mr. Carey C. Hines, pro se.*

No. 900. DERBY OIL COMPANY *v.* H. H. MOTTER, INTERNAL REVENUE COLLECTOR. March 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John H. Brennan* and *Harry H. Smith* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt,* and *Mr. Sewall Key* for respondent.

No. 826. CLEMENT H. BETTS *v.* UNITED STATES. March 21, 1927. Petition for a writ of certiorari to the Court of Claims denied. *Messrs. Lucius H. Beers, Franklin B. Lord,* and *Parker McCollester* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. Fred K. Dyar* for the United States.

No. 887. SOPHIE WEICHERS *v.* BIRDIE WEICHERS. March 21, 1927. Petition for a writ of certiorari to the Supreme Court of the State of California denied. *Messrs. Frederick C. Peterson* and *Albert E. Carter* for petitioner.